IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANEL MAPLE

    v.                          NO. 11-CV-2884

NCO FINANCIAL SYSTEMS, INC.

JUDGMENT

FILED
JUL 21 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BEFORE SCHILLER, J.

    AND NOW, to wit, this 21st day of July, 2011, It is ORDERED in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and Plaintiffs acceptance pursuant to F.R.C.P. 68, judgment is entered in favor of Plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $750.00 together with interest and costs.

                              BY THE COURT:

                              ATTEST:

                              *Richard Sabol*
                              Deputy Clerk

judg